E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-00708 PVT |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ELISA LARA, ) | |
|    Defendant. ) | SAN JOSE VENUE |

     On December 1, 2005, the parties in this case appeared before the Court for a status hearing. At that appearance, Assistant United States Attorney Susan Knight explained that she is obtaining additional discovery to provide to the defendant's attorney, Assistant Federal Public Defender Cynthia Lie. In addition, AFPD Lie explained that she will be unavailable from December 5, 2005 until the first week of January 2006. Therefore, the parties requested that a status hearing be scheduled for January 12, 2005 at 9:30 a.m. In addition, the defendant, through her counsel, agreed to an exclusion of time under the Speedy Trial Act from December 1, 2005 to January 12, 2006. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT |
| 4 | | Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____<br>CYNTHIA LIE<br>Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that a status hearing is continued to January 12, 2006 at 9:30 a.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from December 1, 2005 to January 12, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 12/5/05

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney