1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013 )
   Assistant United States Attorney
5
6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5056
     FAX: (408) 535-5066
8  Attorneys for Plaintiff

FILED
JAN 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00708 PVT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| ELISA LARA, | ) | |
| Defendant. | ) | (San Jose Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: 1/9/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

NOTICE OF DISMISSAL

Leave is granted to the government to dismiss the information.

Date: 1/10/06

PATRICIA V. TRUMBULL
United States Magistrate Judge